**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

**KIMBERLY ANN BRAHLER-BARNES**                                    **PLAINTIFF**

**V.**                                    **CASE NO. 2:25-MC-00058**

**ARKANSAS DEPARTMENT OF
HUMAN SERVICES**                                    **DEFENDANT**

**ORDER**

Before the Court is the Report and Recommendation ("R&R") (Doc. 5) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. He screened the proposed complaint and determined that the Court lacks jurisdiction because the case concerns a child custody dispute. Plaintiff Kimberly Ann Brahler-Barnes, the mother of the child in question, filed an Objection to the R&R (Doc. 6) and Supplement (Doc. 7), which fail to address the Court's lack of jurisdiction.

Upon *de novo* review, the Court agrees with the R&R. Federal courts do not have jurisdiction over child custody disputes and may abstain from exercising jurisdiction over a cause of action related to child custody. **IT IS THEREFORE ORDERED** that the Objection is **OVERRULED**, the R&R is **ADOPTED IN ITS ENTIRETY**, and Plaintiff's "Emergency Motion for Temporary Restraining Order" (Doc. 1) and Supplemental Complaint (Doc. 4) are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 23rd day of March, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE